UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| DESTINY R. FEGETT | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 4:18-cv-00086-JHM-HBB |
| | ) |
| GLA COLLECTION COMPANY, INC., | ) |
| AND EQUIFAX INFORMATION | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendants | ) |

### ORDER OF DISMISSAL OF GLA COLLECTION COMPANY, INC.

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal as to Defendant, GLA Collection Company, Inc., and it is;

ORDERED by the Court that this cause be and the same hereby is dismissed with prejudice, the parties to pay their own costs.

SO ORDERED

Joseph H. McKinley Jr., District Judge
United States District Court

November 15, 2018