IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

DESTINY FEGETT                                                    PLAINTIFF

v.                                                CASE NO.: 4:18-cv-00086-JHM-HBB

GLA COLLECTION CO., INC. et al.                               DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Destiny Fegett, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
Fax 502-873-5300
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff, Destiny Fegett*

*/s/ Margaret Jane Brannon (with permission)*
Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507
859-255-9500
Email: mjbrannon@jacksonkelly.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

Joseph H. McKinley Jr., District Judge
United States District Court

February 11, 2019